UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　vs.<br><br>AMANDA DIANE ARRIAGA FRANCO,<br>　　　　Defendant. | Criminal Case: 20-CR-02173-DMS<br><br>**ORDER GRANTING MOTION TO CONTINUE SELF-SURRENDER** |

　　　IT IS HEREBY ORDERED that the self-surrender date currently set for February 26, 2021 be continued to May 27, 2021. Defendant AMANDA DIANE ARRIAGA FRANCO is order to self-surrender no later than noon on May 27, 2021.  Bond Exoneration Hearing is reset to June 4, 2021 at 9:00 AM before Chief Judge Dana M. Sabraw.

IT IS SO OREDERED:

Dated 2/12/2021

　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge